# Court of Appeals
# of the State of Georgia

ATLANTA,   May 17, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1803.  ISAAC MORRIS v. RICHARD ALLEN HUNT.**

Isaac Morris attempted to file a pro se "Motion to Modify Arbitration Award." On January 10, 2013, the trial court denied the filing pursuant to OCGA § 9-15-2 (d). Morris filed a motion for reconsideration, which the trial court denied.  On February 15, 2013, Morris filed this direct appeal.  We lack jurisdiction.

First, Morris's notice of appeal is untimely, as it was filed 36 days after the January 10 order was entered.  See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days of entry of the challenged decision).  His filing of a motion for reconsideration did not extend the time to filing an appeal from the January 10 order, and the denial of a motion for reconsideration is not, itself, appealable.  *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).

Second, because Morris is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, which requires that an appeal of a civil action filed by a prisoner "be as provided in Code Section 5-6-35."  OCGA § 42-12-8.  Under OCGA § 5-6-35 (d), the party wishing to appeal must file an application for discretionary review with the appellate court within 30 days of entry of the order at issue.  See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

For these reasons, we lack jurisdiction to review Morris's appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/17/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*